It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 966

HELEN M. AIOSA, ET AL., PLAINTIFFS-PETITIONERS, v. AMBOY BANK F/K/A AMBOY NATIONAL BANK, AND PRC GROUP, DEFENDANTS-RESPONDENTS, AND TKG MANAGEMENT, LLC AND MICHAEL HERNANDEZ, DEFENDANTS.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002166-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

151 A.3d 966

NANCY GRANATA AND JOHN CATENACCI, PLAINTIFFS-RESPONDENTS, v. DEMI RASIZER AND ELAINE RASIZER, DEFENDANTS, AND NEW JERSEY MANUFACTURERS INSURANCE COMPANY, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001855-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.